UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BANK OF COMMERCE,

    Plaintiff,

  v.

MARINE EXECUTIVE CENTER LLC,

    Defendant.

Case No. 15-mc-80153-MEJ

**NOTICE OF ASSIGNMENT FOR DISCOVERY**

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been assigned to Magistrate Judge Maria-Elena James. The parties must comply with Judge James' Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej. A copy is enclosed herewith for any pro se party.

The parties are advised that they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest that they met and conferred <u>in person</u> prior to filing the letter. Accordingly, if there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person prior to filing the letter.

Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: June 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge